UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCIOLI TURCO, INC., & 915 SPRING GARDEN ASSOCIATES, L.P., <br><br> Petitioners, <br> v. <br><br> PHILADELPHIA & READING RAILROAD CO., and READING INTERNATIONAL, INC., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CIV. ACTION NO. 21-CV-00563- RBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## <u>ORDER</u>

Upon consideration of Petitioners' Motion to Remand Or, In the Alternative, to Set a Hearing Within Sixty Days (the "Motion"), and any response thereto, it is ORDERED that the Motion is GRANTED. The Court, finding that it lacks subject matter jurisdiction over this action, hereby REMANDS this action to the Pennsylvania Court of Common Pleas for Philadelphia County for all further proceedings.

It is further ORDERED that Petitions Scioli Turco, Inc. and 915 Spring Garden Associates, L.P. are entitled to recovery of attorneys' fees and costs incurred as a result of the removal. Petitioners shall file a motion for such fees and costs within 14 days of the date of this Order.

BY THE COURT:

_____

Surrick, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SCIOLI TURCO, INC., & 915 SPRING
GARDEN ASSOCIATES, L.P.,

    Petitioners,

v.

CIV. ACTION NO. 21-CV-00563- RBS

PHILADELPHIA & READING
RAILROAD CO., and READING
INTERNATIONAL, INC.,

    Respondents.

## **ORDER**

Upon consideration of Petitioners' Motion to Remand Or, In the Alternative, to Set a Hearing Within Sixty Days (the "Motion"), and any response thereto, it is ORDERED that the Motion is GRANTED. An evidentiary hearing will be held on _____, 2021 at _____ to determine whether the conditions for the appointment of a conservator have been met, whether a conservator should be appointed, who should be appointed conservator, and/or when other appropriate relief should be granted.

            BY THE COURT:


            _____
                Surrick, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCIOLI TURCO, INC., & 915 SPRING GARDEN ASSOCIATES, L.P., | ) ) ) ) | |
| Petitioners, | ) ) | CIV. ACTION NO. 21-CV-00563- RBS |
| v. | ) ) | |
| PHILADELPHIA & READING RAILROAD CO., and READING INTERNATIONAL, INC., | ) ) ) ) ) | |
| Respondents. | ) | |

**SCIOLI TURCO, INC.'S AND 915 SPRING GARDEN ASSOCIATES, L.P.'S
MOTION TO REMAND OR, IN THE ALTERNATIVE,
<u>TO SET A HEARING WITHIN SIXTY DAYS</u>**

Pursuant to 28 U.S.C. § 1447, Petitioners Scioli Turco, Inc., and 915 Spring Garden Associates, LP respectfully move this Court to remand this in rem petition action to the Pennsylvania Court of Common Pleas for Philadelphia County. The reasons therefore are fully stated in the accompanying brief, which is incorporated in this motion by reference. Alternatively, should the Court determine that it has jurisdiction over this action, Petitioners respectfully request that the Court set an evidentiary hearing to determine the existence of blighting conditions at the subject property within 60 days of the initiation of this action, as required by Pennsylvania's Abandoned and Blighted Property Conservatorship Act, 68 P.S. § 1101, et seq.

Respectfully submitted,

Dated: March 1, 2021

*/s/  Gaetano P. Piccirilli*
Gaetano P. Piccirilli, Esq.
Monica Clarke Platt, Esq.
KLEHR HARRISON HARVEY
BRANZBURG, LLP

PHIL1 9360991v.4

1835 Market Street, 14th Floor
Philadelphia, Pennsylvania 19103
Direct Dial: (215) 569-3699
Fax: (215) 568-6603
E-mail: gpiccirilli@klehr.com;
mplatt@klehr.com

*Attorneys for Petitioners Scioli Turco, Inc.
and 915 Spring Garden Associates, L.P.*

2