IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCIOLI TURCO, INC. and | : | |
| 915 SPRING GARDEN ASSOCIATES LP, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| PHILADELPHIA & READING RAILROAD | : | NO. 21-563 |
| CO. and READING INTERNATIONAL, INC. | : | |

# O R D E R

**AND NOW**, this 19th day of April 2023, upon consideration of Petitioners' Motion for Remand (ECF No. 14), and all other documents submitted in support and in opposition thereto, it is **ORDERED** that Petitioners' Motion for Remand is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_/s/ R. Barclay Surrick_____
**R. BARCLAY SURRICK, J.**