IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCIOLI TURCO, INC. and : | |
| 915 SPRING GARDEN ASSOCIATES LP, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 21-563 |
| PHILADELPHIA & READING RAILROAD : | |
| CO. and READING INTERNATIONAL, INC. : | |

**ORDER**

**AND NOW**, this 4th day of January, 2024, in light of this Court's November 15, 2023, Order that Plaintiffs inform the Court within forty-five (45) days of that Order whether they plan to file an adverse abandonment application with the Surface Transportation Board (ECF No. 32), and in light of Plaintiffs' response thereto that they do not intend to file such an application, it is **ORDERED** that Plaintiffs' action is **DISMISSED** *with prejudice* and the case is **CLOSED**.

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. Barclay Surrick, J.**